# Third District Court of Appeal
## State of Florida

Opinion filed August 23, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-761
Lower Tribunal No. F19-8128C

————————

**Davon Cherod Potter,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Davon Cherod Potter, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before FERNANDEZ, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.